# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | **ORDER** |
| ) | |
| 1831 - 2nd Street SE, Apt. C, Minot, ND   ) | Case No. 1:16-mj-134 |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Thomas Irvin, Special Agent, United States Postal Inspection Service, and the Government's Motion to Seal, shall remain under seal until August 29, 2016.

Dated this 29th day of June, 2016.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court